**Hyman KALISH, Appellant,**

v.

**Harold A. HOSIER, I. M. Rosenblatt, Wallace J. Axelson, W. C. King, Jr., Denver Mailers Union Number 8 Local of the International Mailers Union, and the International Mailers Union, Appellees.**

No. 8699.

United States Court of Appeals
Tenth Circuit.

Aug. 11, 1966.

Milnor H. Senior, Denver, Colo., for appellant.

Philip Hornbein, Jr., Denver, Colo. (Edward J. Fillenwarth, Indianapolis, Ind., on the brief), for appellees.

Before PHILLIPS, LEWIS and HILL, Circuit Judges.

PER CURIAM.

Issues, a decision of which will be dispositive and determinative of this appeal, were considered and decided adversely to Kalish by the trial court below in an exhaustive and well reasoned opinion, Kalish v. Hosier et al., D.C. Colo., 256 F.Supp. 853. Being in full accord therewith, we adopt it as the opinion of this court and affirm the judgment.